UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STIBEN JOSE CARRERO VIVAS,

      Plaintiff,

                            CASE NO. 1:26-cv-0601

v.

                            HON. ROBERT J. JONKER

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT et al.,

      Defendants.

_____/

### ORDER OF DISMISSAL

Petitioner, who is not a United States citizen, initiated this action by filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Pet., ECF No. 1.)  After that petition was filed, Petitioner applied for voluntary departure in lieu of removal.  (Resp., ECF No. 11, PageID.77.)  On February 13, 2026, an immigration judge issued an order finding that Petitioner is removable from the United States based on the charges in the Notice to Appear and granting Petitioner voluntary departure in lieu of removal.  (*Id.*)

In an order entered on March 11, 2026, the Court ordered Respondents and Petitioner to show cause within seven days why the case should not be dismissed as moot.  (Order, ECF No. 10, PageID.75).   In their response to that order, Respondents indicated that Petitioner had voluntarily departed.  (Resp., ECF No. 11, PageID.77).  Petitioner never responded, and a copy of the Court's order that was sent to Petitioner was returned as undeliverable.  (ECF No. 13).

The Court concludes that Petitioner has voluntarily departed from the United States. Because of that voluntary departure, Petitioner's habeas petition is moot.  *See Enazeh v. Davis*, 107 F. App'x 489, 491 (6th Cir. 2004) (noting that removal generally moots a habeas petition

seeking release from immigration detention).

Accordingly, the case is **DISMISSED**.


Dated:  April 6, 2026                                            /s/ Robert J. Jonker
                                                                 ROBERT J. JONKER
                                                                 UNITED STATES DISTRICT JUDGE